UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAQUELINE SEIFTER and BARBARA ANTES, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>-against-<br><br>**WELCOME WAGON, LLC**<br><br>**Defendant.** | Case No.: 2:24-cv-07687-SJB-LGD<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Jaqueline Seifter and Barbra Antes hereby accept and provide notice that they have accepted Defendant's Offer of Judgment dated December 5, 2025 and annexed hereto as **Exhibit A**.

Dated: December 15, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Frank J. Mazzaferro

　　　　　　　　　　　　　　　　　　　　　　　　**FITAPELLI & SCHAFFER, LLP**
　　　　　　　　　　　　　　　　　　　　　　　　Frank J. Mazzaferro
　　　　　　　　　　　　　　　　　　　　　　　　Liberty Street, 30th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 300-0375

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2025, I served the foregoing acceptance of Defendant's Offer of Judgment upon Defendant pursuant to Rule 68 of the Federal Rules of Civil Procedure by electronic mail and the court's e-filing system upon the following counsel of record for Defendant:

Theanna Bezney
tbezney@fisherphillips.com
FISHER & PHILLIPS LLP
500 Crescent Court, Suite 300
Dallas, TX 75201

Christopher M. Pardo
cpardo@hunton.com
James J. La Rocca
jlarocca@hunton.com
HUNTON ANDREWS KURTH LLP
200 Park Avenue, 52nd Floor
New York, NY 10166

Respectfully submitted,

_____
Frank J. Mazzaferro

**FITAPELLI & SCHAFFER, LLP**
Frank J. Mazzaferro
Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375

*Attorneys for Plaintiffs*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE SEIFTER and BARBARA ANTES, individually and on behalf of all others similarly situated,<br>      Plaintiffs,<br><br>vs.<br><br>WELCOME WAGON, LLC,<br>      Defendant. | OFFER OF JUDGMENT<br><br>Case No. 2:24-cv-07687-LGD |

  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Welcome Wagon, LLC hereby offers to allow Plaintiffs Jacqueline Seifter and Barbara Antes to take a judgment against Defendant in this action for the total sum of Forty Thousand Dollars ($40,000), inclusive of Plaintiffs' attorneys' fees, expenses, and costs accrued as follows: Twenty Thousand Dollars ($20,000) payable to Plaintiff Seifter and Twenty Thousand Dollars ($20,000) payable to Plaintiff Antes (hereinafter the "Judgment").

  This Judgment shall be in full satisfaction of all federal law claims or rights that Plaintiffs may have for damages, or any other form of relief, arising out of or related to the alleged acts or omissions of Defendant in connection with the facts and circumstances that are the subject of this action, including any claims for minimum wage, overtime, liquidated damages, interest, attorneys' fees, and costs in connection therewith, with no admission of liability by Defendant.

  This offer of judgment may be accepted up to and including fourteen (14) days after service of this offer upon Plaintiffs. If Plaintiffs do not accept this offer by serving written notice of their acceptance of this offer on or before December 19, 2025, this offer will be deemed rejected, automatically withdrawn, and not admissible except in a proceeding to determine costs. Acceptance of this offer of judgment will act to release and discharge Defendant to this action, its successors and assigns, and all past and present agents, employees, and representatives thereof, from any and all federal claims by Plaintiffs that are the subject of this action. In addition, acceptance of this offer will operate to waive Plaintiffs' rights to any claim for interest on the amount

of the Judgment. Acceptance of this offer of judgment also will operate to dismiss the above-captioned case in its entirety, with prejudice as to the federal claims asserted therein, without prejudice as to Plaintiffs' New York state law claims, and without expenses as to Defendant other than the expenses specifically enumerated above. If accepted, this offer of judgment is not admissible as evidence of liability or for any purpose whatsoever in any proceeding other than a proceeding by Plaintiffs to enforce the Judgment against Defendant.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of fault, liability, or wrongdoing by Defendant, its agents, employees, or representatives, and is not an admission that Plaintiffs suffered any damages or are otherwise entitled to relief. This offer of judgment is not a relinquishment or waiver of Defendant's defenses in this action. A judgment entered upon acceptance of this offer of judgment shall not be deemed to have adjudicated or determined any issue relevant to the merits of Plaintiffs' claims or the claims of others, and shall instead be construed as effecting the settlement of this case.

The Judgment shall contain and recite the terms and conditions set forth herein.

Dated:  New York, New York
        December 5, 2025

***

By:  /s/ *Theanna Bezney*
     Christopher M. Pardo
     HUNTON ANDREWS KURTH LLP
     200 Park Avenue, 52nd Floor
     New York, NY 10166
     (T):212-309-1000
     (F):212-309-1100
     cpardo@hunton.com

James J. La Rocca
HUNTON ANDREWS KURTH LLP
200 Park Avenue, 52nd Floor
New York, NY 10166
(T):212-309-1000
(F):212-309-1100
jlarocca@hunton.com

Theanna Bezney
FISHER & PHILLIPS LLP
500 Crescent Court, Suite 300
Dallas, TX 75201
(T): 214-220-9100
(F): 214-220-9122
tbezney@fisherphillips.com
*Admitted Pro Hac Vice*

*Counsel for Defendant Welcome Wagon, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2025, a true copy of the foregoing was served via e-mail to the below counsel for Plaintiffs Jacqueline Seifter and Barbara Antes. This document is not to be filed in the Court unless accepted.

| | |
|---|---|
| FITAPELLI & SCHAFFER, LLP<br>Frank J. Mazzaferro<br>28 Liberty Street, 30th Floor<br>New York, NY 10005<br>*fmazzaferro@fslawfirm.com* | LAW OFFICE OF RAYMOND NARDO<br>Raymond Nardo<br>55 Jericho Tpke., Ste 205<br>Mineola, NY 11501<br>*nardo@raynardo.com* |

                                              */s/ Theanna Bezney*
                                              Theanna Bezney