UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JACQUELINE SEIFTER and BARBARA ANTES,
individually and on behalf of all others similarly
situated,

                Plaintiffs,

  - against -                                          **JUDGMENT**
                                                                         CV 24-7687 (SJB) (LGD)
WELCOME WAGON, LLC,

                Defendant.
-------------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on December 15, 2025, accepting Defendant's December 5, 2025 offer to allow judgment against it in the amount of $40,000.00, in full satisfaction of all federal law claims or rights that Plaintiffs may have for damages, or any other form of relief, arising out of or related to the alleged acts or omissions of Defendant in connection with the facts and circumstances that are the subject of this action, including any claims for minimum wage, overtime, liquidated damages, interest, attorneys' fees, and costs in connection therewith, with no admission of liability by Defendant, it is

**ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiffs Jacqueline Seifter and Barbara Antes against Defendant Welcome Wagon, LLC in the amount of $40,000.00, in full satisfaction of all federal law claims or rights that Plaintiffs may have for damages, or any other form of relief, arising out of or related to the alleged acts or omissions of Defendant in connection with the facts and circumstances that are the subject of this action, including any claims for minimum wage, overtime, liquidated damages, interest, attorneys' fees,

and costs in connection therewith, with no admission of liability by Defendant; and that this case is closed.

Dated: December 22, 2025
      Central Islip, New York

                                            BRENNA B. MAHONEY
                                            CLERK OF COURT

                                By:    /s/ James J. Toritto
                                                  Deputy Clerk